DON DUMONT, Petitioner-Appellant, *v.* STATE BOARD OF ELECTIONS, Respondent-Appellee.

(No. 12830;

Fourth District—September 25, 1974.

Don DuMont, *pro se.*

William J. Scott, Attorney General, of Springfield (Thomas Price, Assistant Attorney General, of counsel), for appellee.

PER CURIAM:

This cause coming on for hearing on motion for expedited hearing the motion was by the court allowed. Pursuant to stipulation of the petitioner and counsel for the respondent the cause was argued upon the merits by the respective parties. The judgment of the circuit court of Sangamon County is affirmed for the reasons set forth in the findings and order of that court.

Judgment affirmed.